AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Guam

FILED
DISTRICT COURT OF GUAM
NOV 05 2003
MARY L. M. MORAN
CLERK OF COURT

GUAM MEDICAL PLAZA, L.P.,
        Plaintiff,
V.

CALVO'S INSURANCE UNDERWRITERS,
INC. and MICHAEL D. BROWN, UNDER
SECRETARY, FEDERAL EMERGENCY
MANAGEMENT AGENCY,
        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03-00035

TO: (Name and address of Defendant)

    MICHAEL D. BROWN, UNDER SECRETARY,
    FEDERAL EMERGENCY MANAGEMENT AGENCY.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PHILLIP TORRES, ESQ.
TEKER CIVILLE TORRES & TANG
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGATNA, GUAM 96910

an answer to the complaint which is served on you with this summons, within   **60**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

(By) DEPUTY CLERK

OCT 31 2003

DATE

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 11/4/03 |
| NAME OF SERVER (PRINT) Jay Santos | TITLE Runner / Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: US Attorney's Office

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/4/03
            Date            Signature of Server

Suite 200, 330 Hernan Cortez Ave.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.