**TEKER CIVILLE TORRES & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Plaintiff*

FILED
DISTRICT COURT OF GUAM
NOV 17 2003
MARY L. M. MORAN
CLERK OF COURT

4

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| GUAM MEDICAL PLAZA, L.P., | CIVIL CASE NO. 03-00035 |
| Plaintiff, | |
| vs. | **AFFIDAVIT OF MAILING** |
| CALVO'S INSURANCE UNDERWRITERS, INC. and MICHAEL D. BROWN, UNDER SECRETARY, FEDERAL EMERGENCY MANAGEMENT AGENCY, | |
| Defendants. | |

----------

HAGÅTÑA, GUAM ) *ss:*

**I, NIKKI SANTOS,** certify that on November 5, 2003, I served the following persons in the foregoing matter with copies of the Complaint, Summons and Docketing Sheet by depositing said copies in the United States Postal Service, in Hagåtña, Guam, certified mail, return receipt requested, postage prepaid, addressed to the following:

Michael D. Brown, *Under Secretary*
**FEDERAL EMERGENCY MANAGEMENT AGENCY ("FEMA")**
500 C Street, S.W.
Washington, D.C. 20472

and

John Ashcroft, *United States Attorney General*
**U.S. DEPARTMENT OF JUSTICE**
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**DATED** this 12th day of November, 2003.

_____
**NIKKI SANTOS**

**SUBSCRIBED AND SWORN TO**, before me, a notary public in and for Guam, U.S.A., this 12th day of November, 2003.

)SEAL(

_____
CECILIA M. SCROGGS
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: April 1, 2007
P.O. Box 26695, G.M.F., Guam 96921

**TEKER CIVILLE TORRES & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868