KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By **THOMAS C. STERLING**

Attorneys for *Defendant Calvo's Insurance Underwriters, Inc.*

FILED
DISTRICT COURT OF GUAM
NOV 19 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM MEDICAL PLAZA, L.P., | CIVIL CASE NO. CV03-00035 |
| Plaintiff, | |
| vs. | |
| CALVO'S INSURANCE UNDERWRITERS, INC. and MICHAEL D. BROWN, UNDER SECRETARY, FEDERAL EMERGENCY MANAGEMENT AGENCY, | **ENTRY OF APPEARANCE** |
| Defendants. | |

The law firm of Klemm, Blair, Sterling & Johnson, a Professional Corporation, hereby enters its appearance as counsel of record in the instant matter for Defendant Calvo's Insurance Underwriters, Inc.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: NOVEMBER 19, 2003      BY: /s/ THOMAS C. STERLING
                                  **THOMAS C. STERLING**
                                  *Attorneys for Defendant Calvo's Insurance Underwriters, Inc.*

E62\08105-01
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\162-ENTRY OF
APPEARANCE RE GUAM MEDICAL PLAZA V CALVO'S.DOC

ORIGINAL