# ORIGINAL

DISTRICT **FILED** COURT OF GUAM

DEC 16 2003

MARY L. M. MORAN
CLERK OF COURT

1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Tel: (671) 472-7332
5  Fax: (671) 472-7215

6  Attorneys for the United States of America

7

8                IN THE UNITED STATES DISTRICT COURT

9                   FOR THE TERRITORY OF GUAM

10 GUAM MEDICAL PLAZA, L.P.              )    CIVIL CASE NO. 03-00035
                                         )
11        Plaintiff,                     )
                                         )
12        v.                             )    NOTICE OF SERVICE ON U.S. AGENCY
                                         )    AND DATE FOR ANSWER
13 CALVO'S INSURANCE                     )
   UNDERWRITERS, INC., AND MICHAEL )
14 D. BROWN, UNDER SECRETARY,            )
   FEDERAL EMERGENCY                     )
15 MANAGEMENT AGENCY,                    )
                                         )
16        Defendants.                    )
                                         )
   _____)

17

18       The United States has been informed by its agency, Federal Emergency Management

19 Agency (FEMA) that service was effected on the agency, pursuant to Fed.R.Civ.P. 4(i), on

20 November 14, 2003.  Accordingly, an answer will be filed on or before January 14, 2004.

21       Submitted this 16th day of December 2003.

22

23                                       LEONARDO M. RAPADAS
                                         United States Attorney
24                                       Districts of Guam and NMI

25

       BY:
26                                       MIKEL W. SCHWAB
                                         Assistant U.S. Attorney
27

28

# CERTIFICATE OF SERVICE

I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that, I caused to be served by personal service a copy of the "Notice of Service on U.S. Agency, and Date for Answer", in Civil Case No. 03-00035, <u>Guam Medical Plaza, L.P. v. Calvo's Insurance Underwriters, Inc., and Michael D. Brown, Under Secretary, Federal Emergency Management Agency,</u> to the following attorney of record:

Phillip Torres, Esq.
Teker Civille Torres and Tang
330 Hernan Cortez Avenue, Suite 200
Hagatna, Guam 96910

Dated: December 16, 2003

FRANCES B. LEON-GUERRERO
Legal Assistant