TEKER CIVILLE TORRES & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Plaintiff*

FILED
DISTRICT COURT OF GUAM
JAN 30 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| GUAM MEDICAL PLAZA, L.P., | CIVIL CASE NO. 03-00035 |
| Plaintiff, | |
| vs. | KRW <br> ~~PROPOSED~~ DISCOVERY PLAN |
| CALVO'S INSURANCE UNDERWRITERS, INC. and MICHAEL D. BROWN, UNDER SECRETARY, FEDERAL EMERGENCY MANAGEMENT AGENCY, | |
| Defendants. | |

----------

Pursuant to Local Rule 16 the parties submit the following discovery plan:

### PHASE 1. - ASSESSMENT OF THE CASE

**A.** *Plaintiff*:

1. Provide all preliminary disclosures in accordance with Rule 26(a)(1) by February 20, 2004.

2. Depositions may commence immediately.

3. Disclose its experts, if any, and provide reports in accordance with Rule

26(a)(2) by March 12, 2004.

   B.   *Defendants*:

        1.   Depositions may commence immediately.

        2.   Provide all preliminary disclosures in accordance with Rule 26(a)(1) by February 20, 2004.

        3.   Disclose its experts, if any, and provide reports in accordance with Rule 26(a)(2) by March 12, 2004.

### PHASE II. - INFORMATION TO PREPARE FOR TRIAL

   1.   Each party shall be entitled to serve two (2) sets of Interrogatories and Requests for Production.

   2.   Expert depositions shall be taken by August 13, 2004.

APPROVED AS TO FORM AND CONTENT:

TEKER CIVILLE TORRES & TANG, PLLC

DATED: 1-15-04          By: /s/ Phillip Torres
                        PHILLIP TORRES, ESQ.
                        *Attorneys for Plaintiff*


KLEMM, BLAIR, STERLING & JOHNSON

DATED: 1-15-04          By: /s/ Thomas C. Sterling
                        THOMAS C. STERLING, ESQ.
                        *Attorneys for Defendant*
                        *Calvo's Insurance Underwriters, Inc.*

/ / /

TEKER CIVILLE TORRES & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868

M:\COMMON\USERS\joyleen\discovery 003.pld.wpd

Case 1:03-cv-00035   Document 10 -2   Filed 01/30/2004   Page 2 of 3

DATED: Jan 16 2004

LEONARD M. RAPADAS
United States Attorney
Districts of Guam and NMI

By _____
MIKEL W. SCHWAB, ESQ.
Assistant U.S. Attorney

RECEIVED
JAN 16 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

TEKER CIVILLE TORRES & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868