**TEKER CIVILLE TORRES & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Plaintiff*

FILED
DISTRICT COURT OF GUAM
FEB 03 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM MEDICAL PLAZA, L.P., | CIVIL CASE NO. 03-00035 |
| Plaintiff, | |
| vs. | ~~PROPOSED~~ SCHEDULING ORDER |
| CALVO'S INSURANCE UNDERWRITERS, INC. and MICHAEL D. BROWN, UNDER SECRETARY, FEDERAL EMERGENCY MANAGEMENT AGENCY, | |
| Defendants. | |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure and Rule 16.1 of the Local Rules of Practice for the District Court of Guam, the parties, having met pursuant to Rule 26(f) hereby submit the following Scheduling Order:

I. This is an action by Plaintiff to recover One Million Five Hundred Thousand Dollars ($1,500,000.00) as damages from Defendants. Plaintiff alleges that Defendant Federal Emergency Management Agency ("FEMA") wrongfully denied its flood insurance claim. Plaintiff also alleges, in the alternative, that Defendant Calvo's Insurance Underwriter's, Inc. ("Calvo's")

failed to properly obtain flood insurance coverage and is liable for the Plaintiff's damages as a result of FEMA's denial of Plaintiff's claim. Defendant Calvo's has denied the allegations and denies liability. Defendant FEMA filed its Answer on January 14, 2004 generally denying the allegations and setting forth a dozen affirmative defenses.

II. The posture of the case is as follows:

    A. No motions pending before the Court at this time.

III. The Discovery Plan is adopted and incorporated as part of this Scheduling Order. The following discovery has been initiated:

    A. No discovery has been initiated by either party.

IV. Proposed Dates.

    A. All motions to add parties and claims to amend pleadings shall be filed on or before: April 30, 2004.

    B. ~~Counsel for the parties shall appear before the District Court on January 30, 2004 at 2:00 p.m. for the Scheduling Conference~~.

    C. The discovery cut-off date is: August 16, 2004.

    D. The discovery and dispositive motion cut-off date for filing is: September 10, 2004.

    E. The final pre-trial conference shall be held on October 18, 2004 at 3:00 p.m.

    F. The date of filing of the parties' pre-trial statement, memoranda of contentions of facts and law, joint exhibit list, and witness lists is October 4, 2004. The date to file the proposed joint pre-trial order is October 8, 2004.

    G. The trial shall be held on October 25, 2004.

TEKER CIVILLE TORRES & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868

C:\File3\Guam Medical Plaza\scheduling 004.prd.wpd -2-

Case 1:03-cv-00035   Document 11   Filed 02/03/2004   Page 2 of 4

V. The prospects for settlement are unknown at this time, but only because no discovery has been performed.

VI. The trial is not a jury trial.

VII. It is anticipated that it will take three (3) days to try this case.

VIII. The names of counsel on this case are:

*For Plaintiffs*:
Phillip Torres, Esq.
TEKER CIVILLE TORRES & TANG, PLLC

*For Defendant Calvo's Insurance Underwriters, Inc.*:
Thomas C. Sterling, Esq.
KLEMM, BLAIR, STERLING & JOHNSON

*For Defendant Michael D. Brown, under Secretary and Federal Emergency Management Agency*:
Mikel W. Schwab, Esq., Assistant U.S. Attorney, Leonard M. Rapadas, United States Attorney, Districts of Guam and NMI

IX. Plaintiff and Defendants are willing to submit this case to a settlement conference prior to trial.

X. The parties present the following suggestions for shortening trial:

None.

XI. The following issues will affect the status or management of the case:

None.

IT IS SO ORDERED this 3rd day of February, 2004.

_____
HONORABLE JOHN S. UNPINGCO,
JUDGE, District Court of Guam.

/ / /

RECEIVED
JAN 16 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

TEKER CIVILLE TORRES & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868

APPROVED AS TO FORM AND CONTENT:

TEKER CIVILLE TORRES & TANG, PLLC

By: /s/ Phillip Torres
PHILLIP TORRES, ESQ.
*Attorneys for Plaintiff*
DATED: 1-15-04


KLEMM, BLAIR, STERLING & JOHNSON

By: /s/ Thomas C. Sterling
THOMAS C. STERLING, ESQ.
*Attorneys for Defendant Calvo's Insurance Underwriters, Inc.*
DATED: 1-15-04


LEONARD M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Mikel W. Schwab
MIKEL W. SCHWAB, ESQ.
*Assistant U.S. Attorney*
DATED: 1-16-04

TEKER CIVILLE TORRES & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868

C:\Files\Guam Medical Plaza\scheduling 004.pld.wpd

Case 1:03-cv-00035   Document 11   -4-   Filed 02/03/2004   Page 4 of 4