TEKER CIVILLE TORRES & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Plaintiff*

FILED
DISTRICT COURT OF GUAM
APR 28 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| GUAM MEDICAL PLAZA, L.P., | CIVIL CASE NO. 03-00035 |
| Plaintiff, | |
| vs. | **SCHEDULING OF PRELIMINARY PRE-TRIAL CONFERENCE BY STIPULATION AND ORDER** |
| CALVO'S INSURANCE UNDERWRITERS, INC. and MICHAEL D. BROWN, UNDER SECRETARY, FEDERAL EMERGENCY MANAGEMENT AGENCY, | |
| Defendants. | |

----------

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.1 for the District Court of Guam, a Scheduling Order was adopted and filed on February 3, 2004.

The parties stipulate the following:

1. The Preliminary Pretrial Conference shall be held on October 4, 2004 at 1:30 p.m.

/ / /

**ORIGINAL**

2. The trial has been set for October 25, 2004 at 9:30 a.m.

IT IS SO ORDERED this 28th day of April, 2004.

_____
HONORABLE JOHN S. UNPINGCO,
JUDGE, District Court of Guam.

APPROVED AS TO FORM AND CONTENT:

TEKER CIVILLE TORRES & TANG, PLLC

By: _____
PHILLIP TORRES, ESQ.
*Attorneys for Plaintiff*
DATED: April 5, 2004.

**RECEIVED APR 27 2004 DISTRICT COURT OF GUAM HAGATNA, GUAM**

KLEMM, BLAIR, STERLING & JOHNSON

**Original Signed By Thomas C. Sterling**
By: _____
THOMAS C. STERLING, ESQ.
*Attorneys for Defendant Calvo's Insurance Underwriters, Inc.*
DATED: April 26, 2004.

LEONARD M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MIKEL W. SCHWAB, ESQ.
*Assistant U.S. Attorney*
DATED: April 27th, 2004.

TEKER CIVILLE TORRES & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868

Case 1:03-cv-00036   Document 12   -2-   Filed 04/28/2004   Page 2 of 2