**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891~4
FACSIMILE: (671) 472-2601

*Attorneys for Plaintiff*

FILED
DISTRICT COURT OF GUAM
JUN 15 2004
MARY L. M. MORAN
CLERK OF COURT

13

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| GUAM MEDICAL PLAZA, L.P., | ) | CIVIL CASE NO. 03-00035 |
| Plaintiff, | ) | |
| vs. | ) | **NOTICE TO TAKE DEPOSITION** |
| CALVO'S INSURANCE UNDERWRITERS, INC. and MICHAEL D. BROWN, UNDER SECRETARY, FEDERAL EMERGENCY MANAGEMENT AGENCY, | ) | |
| Defendants. | ) | |

----------

TO: Defendants' and their attorneys of record.

PLEASE TAKE NOTICE that Defendant, GUAM MEDICAL PLAZA, L.P., will take the deposition of BERTHA LIZAMA, upon oral examination on Tuesday, July 6, 2004 at the hour of 9:00 a.m. The deponent will be examined concerning her employment with Defendant Calvo's Insurance Underwriters and her involvement with Plaintiff's application for the flood insurance policy at issue in this case.

The deposition will be taken at the law offices of Teker Torres & Teker, P.C., Suite

**ORIGINAL**

1 | 2A, 130 Aspinall Avenue, Hagåtña, Guam 96910.

2 |     The deposition shall be taken before a notary public or other authorized by law to
3 | administer oaths and will continue from day to day, weekends and holidays excluded, until
4 | completed. You are invited to attend and cross-examine.

5 |     Dated at Hagåtña, Guam, on June 15, 2004.

6 | **TEKER TORRES & TEKER, P.C.**

8 | By /s/ PHILLIP TORRES
    /PHILLIP TORRES, ESQ.
9 | *Attorneys for Plaintiff*

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891

C:\Files\Guam-Medical-Plaza\007.pld.wpd

Case 1:03-cv-00035  Document 13  Filed 06/15/2004  Page 2 of 3

# CERTIFICATE OF SERVICE

I, PHILLIP TORRES, ESQ., declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

2. I hereby certify that on June 15, 2004, I caused to be served the Notice of Deposition on Defendant, Calvo's Insurance Underwriters, Inc.'s counsel, THOMAS C. STERLING, ESQ. of the law office of KLEMM BLAIR STERLING & JOHNSON, P.C., at their offices located at Suite 1008, Pacific News Building, 238 Archbishop Flores Street, Hagåtña, Guam 96910 and Defendant, Michael D. Brown, under Secretary, Federal Emergency Management Agency's, counsel, MIKEL W. SCHWAB, ESQ. of the OFFICES OF THE UNITED STATES ATTORNEY, at their offices located at 108 Hernan Cortez Avenue, Suite 500, Hagåtña, Guam.

DATED this 15th day of June, 2004.

_____
PHILLIP TORRES, ESQ.