TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891~4
FACSIMILE: (671) 472-2601

Attorneys for Plaintiff

FILED
DISTRICT COURT OF GUAM
OCT - 4 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM MEDICAL PLAZA, L.P., | CIVIL CASE NO. 03-00035 |
| Plaintiff, | |
| vs. | AMENDED SCHEDULING ORDER |
| CALVO'S INSURANCE UNDERWRITERS, INC. and MICHAEL D. BROWN, UNDER SECRETARY, FEDERAL EMERGENCY MANAGEMENT AGENCY, | |
| Defendants. | |

WHEREAS, this court entered a Scheduling Order on February 3, 2004; and

WHEREAS, many of the witnesses in this case are located on the east coast in the Washington, D.C. area and, parties have had difficulty in coordinating the necessary deposition dates and time and, thus, mutually request approval of an Amended Scheduling Order; and

WHEREAS, the parties, by their signatures below, stipulate that the Magistrate of the Court, the Honorable Joaquin V.E. Manibusan may execute the Amended Scheduling Order, now therefore, pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure and Rule 16.1

ORIGINAL

of the Local Rules of Practice for the District Court of Guam, the parties, having met pursuant to Rule 26(f) hereby submit the following Amended Scheduling Order:

I.  This is an action by Plaintiff to recover One Million Five Hundred Thousand Dollars ($1,500,000.00)as damages from Defendants. Plaintiff alleges that Defendant Federal Emergency Management Agency ("FEMA") wrongfully denied its flood insurance claim. Plaintiff also alleges, in the alternative, that Defendant Calvo's Insurance Underwriter's, Inc. ("Calvo's") failed to properly obtain flood insurance coverage and is liable for the Plaintiff's damages as a result of FEMA's denial of Plaintiff's claim. Defendant Calvo's has denied the allegations and denies liability. Defendant FEMA filed its Answer on January 14, 2004 generally denying the allegations and setting forth a dozen affirmative defenses.

II.  The posture of the case is as follows:

   A.  A Summary Judgment motion by Defendant FEMA is pending before the Court at this time. No date for a hearing has been set. Plaintiff's opposition is not required at this time.

III.  The Discovery Plan was adopted and incorporated as part of this Scheduling Order. Some discovery by interrogatories and deposition have been conducted but much remains to be done by all of the parties.

IV.  New Proposed Dates.

   A.  All motions to add parties and claims to amend pleadings shall be filed on or before: November 8, 2004.

   B.  Counsel for the parties shall appear before the District Court on January 28, 2005 at 2:00 p.m. for the Scheduling Conference.

   C.  The discovery cut-off date is: January 24, 2005.

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891

1         D.     The discovery and dispositive motion cut-off date for filing is: January 31, 2005.

E.     The final pre-trial conference shall be held on March ~~9~~ 15, 2005 at 2:00 p.m. *The preliminary pretrial conference shall be held on February 18, 2005 at 2:00 p.m.*

F.     The date of filing of the parties' pre-trial statement, memoranda of contentions of facts and law, joint exhibit list, and witness lists is February 18, 200~~4~~5. The date to file the proposed joint pre-trial order is February 25, 2005.

G.     The trial shall be held on March 22, 2005 at 9:00 a.m.

V.     The prospects for settlement are unknown at this time, because discovery has not been completed.

VI.     The trial is not a jury trial.

VII.     It is anticipated that it will take three (3) days to try this case.

VIII.     The names of counsel on this case are:

*For Plaintiffs*:
Phillip Torres, Esq.
TEKER TORRES & TEKER, P.C.

*For Defendant Calvo's Insurance Underwriters, Inc.*:
Thomas C. Sterling, Esq.
KLEMM, BLAIR, STERLING & JOHNSON

*For Defendant Michael D. Brown, under Secretary and Federal Emergency Management Agency*:
Mikel W. Schwab, Esq., Assistant U.S. Attorney, Leonard M. Rapadas, United States Attorney, Districts of Guam and NMI

IX.     Plaintiff and Defendants are willing to submit this case to a settlement conference prior to trial.

X.     The parties present the following suggestions for shortening trial:

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891

Case 1:03-cv-00035   Document 15   Filed 10/04/2004   Page 3 of 4
C:\File3\Guam Medical Plaza\scheduling 012.pld.wpd   -3-

None.

XI. The following issues will affect the status or management of the case:

None.

IT IS SO ORDERED this 4th day of October, 2004.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN
MAGISTRATE JUDGE, District Court of Guam.

APPROVED AS TO FORM AND CONTENT:

TEKER TORRES & TEKER, .P.C

By: _____
PHILLIP TORRES, ESQ., *Attorneys for Plaintiff*
DATED: September 28, 2004.

KLEMM, BLAIR, STERLING & JOHNSON

By: _____
THOMAS C. STERLING, ESQ.
*Attorneys for Defendant Calvo's Insurance Underwriters, Inc.*
DATED: 9/30/04

LEONARD M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MIKEL W. SCHWAB, ESQ.,
Assistant U.S. Attorney
DATED: 9/30/04

RECEIVED
OCT 01 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE (671) 477-9891

Case 1:03-cv-00035   Document 15   Filed 10/04/2004   Page 4 of 4
C:\File3\Guam Medical Plaza\scheduling 012.pld.wpd   -4-