FILED
DISTRICT COURT OF GUAM
OCT - 4 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| GUAM MEDICAL PLAZA, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> CALVO'S INSURANCE UNDERWRITERS, INC. and MICHAEL D. BROWN, UNDER SECRETARY, FEDERAL EMERGENCY MANAGEMENT AGENCY, <br><br> Defendants. | Civil Case No. 03-00035 <br><br><br> MINUTES |

( ) SCHEDULING CONFERENCE  (✓) PRELIMINARY PRETRIAL CONFERENCE
(October 4, 2004, 1:35 p.m.)

( ) FINAL PRETRIAL CONFERENCE  ( ) STATUS CONFERENCE

**Notes**: Appearing on behalf of the Plaintiff was Attorney Phillip Torres. Attorney Vincent Leon Guerrero appeared on behalf of defendant Calvo's Insurance Underwriters, Inc. ("Calvo's"). Neither Defendant Brown nor counsel appeared for the preliminary pretrial conference.

Magistrate Judge Manibusan advised counsel that the Motion to Dismiss or in the alternative for Summary Judgment (the "Motion"), filed by defendant Brown on September 10, 2004, will be heard by the Honorable A. Wallace Tashima on December 1, 2004. Responses to the Motion shall be filed by October 20, 2004. A reply brief may be filed by October 27, 2004.

Attorney Leon Guerrero stated that if the Court were to grant the Motion, it was his client's position that this Court would no longer have jurisdiction over the matter. Attorney

Torres agreed that if the federal defendant was dismissed from the case, then the case against Calvo's could not proceed in this Court. Magistrate Judge Manibusan advised counsel to raise this issue before Judge Tashima.

Magistrate Judge Manibusan went over the Amended Scheduling Order with counsel and advised them of changes he made to the proposed dates.

Magistrate Judge Manibusan informed the parties that if and when they desired to submit to a settlement conference, the parties should agree on a date to hold the Conference and notify the Court of this date.

The Preliminary Pretrial Conference concluded at 1:50 p.m.

Dated: October 4, 2004.

_____
JUDITH P. HATTORI
Law Clerk