FILED
DISTRICT COURT OF GUAM
OCT - 5 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| GUAM MEDICAL PLAZA, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>CALVO'S INSURANCE UNDERWRITERS, INC. and MICHAEL D. BROWN, UNDER SECRETARY, FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>Defendants. | Civil Case No. 03-00035<br><br><br><br>ORDER |

On September 10, 2004, defendant Michael D. Brown, Under Secretary of FEMA, filed a Motion to Dismiss or in the alternative for Summary Judgement (the "Motion"). A hearing on the Motion shall be held on Wednesday, December 1, 2004 at 10:00 a.m. before Judge A. Wallace Tashima.[1] Responses to the Motion shall be filed no later than October 20, 2004. A reply brief may be filed by October 27, 2004.

SO ORDERED this 1st day of October 2004.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

---

[1] The Honorable A. Wallace Tashima, Senior Circuit Judge for the United States Court of Appeals for the Ninth Circuit, sitting by designation.