DISTRICT COURT OF GUAM
TERRITORY OF GUAM
HONORABLE A. WALLACE TASHIMA, DESIGNATED JUDGE
CIVIL MINUTES - GENERAL

FILED
DISTRICT COURT OF GUAM
DEC - 1 2004
MARY L. M. MORAN
CLERK OF COURT

**CASE NO. CV-03-00035**  **DATE: 12/01/2004**  **TIME: 10:03 a.m.**

(19)

**CAPTION:** <u>GUAM MEDICAL PLAZA, L.P.</u> -vs- <u>CALVO'S INSURANCE UNDERWRITERS, INC., ET AL.</u>

***

Courtroom Deputy: Virginia T. Kilgore
Court Reporter: Wanda Miles
Hearing Electronically Recorded: (Run Time: 10:03:24 -10:37:35 )

Law Clerk: JOHN TIGHE
CSO: F. TENORIO

***APPEARANCES***

**COUNSEL FOR PLAINTIFF(s):**

PHILLIP TORRES

**COUNSEL FOR DEFENDANT(s):**

MIKEL SCHWAB

MARGARET M. BEES - TELEPHONICALLY (FEMA)

***

**PROCEEDINGS:**

**MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

( X ) MOTION (S) ARGUED BY ( X ) PLAINTIFF ( X ) DEFENDANT
( X ) MOTION(s) ___ Granted ___ Denied ___ Settled ___ Withdrawn _X_ Under Submission
( ) ORDER SUBMITTED ___ Approved ___ Disapproved
( ) ORDER to be Prepared By: _____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**