ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7215

MARGARET M. BEES
Trial Attorney
Federal Emergency Management Agency
500 C. St., S.W. Room 840
Washington, D.C. 20472
Tel: (202) 646-4191
Fax: (2020 646-4536

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
## FOR THE
## TERRITORY OF GUAM

| | |
|---|---|
| GUAM MEDICAL PLAZA, L.P., <br><br> Plaintiff, <br><br> v. <br><br> CALVO'S INSURANCE UNDERWRITERS, INC. and MICHAEL D. BROWN, UNDER SECRETARY, FEDERAL EMERGENCY MANAGEMENT AGENCY, <br><br> Defendants. | CIVIL CASE NO. 03-00035 <br><br> MOTION FOR TELEPHONIC PARTICIPATION BY UNITED STATES COUNSEL MARGARET M. BEES <br><br> DATE: December 1, 2004 <br> TIME: 10:00 a.m. |

The United States of America submits this Motion to allow Margaret M. Bees, attorney for the Federal Emergency Management Agency to participate by telephone in the hearing scheduled for December 1, 2004 at 10:00 a.m. Her number is 202-646-4191.

//

//

Assistant United States Attorney Mikel Schwab will appear in the courtroom and assist. The attorneys thank the Court for the courtesy of considering this request.

Dated: December 1, 2004

Respectfully submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: /s/ Mikel Schwab
MIKEL SCHWAB
Assistant U.S. Attorney

MARGARET M. BEES
Trial Attorney
Federal Emergency Management Agency
500 C. Street, S.W. Room 840
Washington, D.C. 20472
(202) 646-4191