LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

MARGARET M. BEES
Trial Attorney
Federal Emergency Management Agency
500 C. St., S.W. Room 840
Washington, D.C. 20472
Tel: (202) 646-4191
Fax: (2020 646-4536

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE

TERRITORY OF GUAM

| | |
|---|---|
| GUAM MEDICAL PLAZA, L.P., | CIVIL CASE NO. 03-00035 |
| Plaintiff, | **ORDER** |
| v. | |
| CALVO'S INSURANCE UNDERWRITERS, INC. and MICHAEL D. BROWN, UNDER SECRETARY, FEDERAL EMERGENCY MANAGEMENT AGENCY, | DATE: December 1, 2004<br>TIME: 10:00 a.m. |
| Defendants. | |

This matter came before the Court on the Motion of the United States for an Order allowing counsel for the United States to Participate in the hearing by telephone. After reviewing the submission, IT IS HEREBY ORDERED THAT:

Margaret M. Bees may participate by telephone in the hearing for a Status Conference.

SO ORDERED this 1st day of December, 2004.

A. WALLACE TASHIMA
District Judge