TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891~4
FACSIMILE: (671) 472-2601

*Attorneys for Plaintiff*

FILED
DISTRICT COURT OF GUAM
JAN 2 8 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM MEDICAL PLAZA, L.P., | CIVIL CASE NO. 03-00035 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| CALVO'S INSURANCE UNDERWRITERS, INC. and MICHAEL D. BROWN, UNDER SECRETARY, FEDERAL EMERGENCY MANAGEMENT AGENCY, | |
| Defendants. | |

Plaintiff, GUAM MEDICAL PLAZA, L.P., and Defendant, CALVO'S INSURANCE UNDERWRITERS, INC., through their respective counsels of record, do hereby STIPULATE that the within action against Defendant, CALVO'S INSURANCE UNDERWRITERS, INC., be dismissed without prejudice against said Defendant, the matter having been settled by both parties. Each party hereto shall bear their own attorney's fees and costs.

/ / /

/ / /

SO STIPULATED:

TEKER TORRES & TEKER, P.C.

DATED: January 21, 2005.   By: *Phillip Torres* (signature)
PHILLIP TORRES, ESQ.
*Attorneys for Plaintiff, Guam Medical Plaza, L.P.*

KLEMM, BLAIR, STERLING & JOHNSON

DATED: January 24, 2005.   By: (signature)
THOMAS C. STERLING, ESQ.
*Attorneys for Defendant,*
Calvo's Insurance Underwriters, Inc.

IT IS SO ORDERED this 28th day of January, 2005.

(signature)
~~Judge, District Court of Guam~~
FRANCES M. TYDINGCO-GATEWOOD
Designated Judge, District Court of Guam



RECEIVED
JAN 24 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM