

**FILED**
DISTRICT COURT OF GUAM
JAN 3 1 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

GUAM MEDICAL PLAZA, L.P.,        CIVIL CASE NO. 03-00035

    Plaintiff,

    vs.                            **JUDGMENT**

CALVO'S INSURANCE UNDERWRITERS, INC. and MICHAEL D. BROWN, UNDER SECRETARY, FEDERAL EMERGENCY MANAGEMENT AGENCY,

    Defendants.

Judgment is hereby entered in accordance with the following:

1. Memorandum Decision and Order to Show Cause filed on December 10, 2004.

2. Stipulation and Order for Dismissal Without Prejudice filed on January 28, 2005.

Dated this 31st day of January, 2005, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By_____
Deputy Clerk

Notice is hereby given that this document was entered on the docket on 1/31/05. No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam

By:_____ 1/31/05
Deputy Clerk        Date