FILED
DISTRICT COURT OF GUAM
FEB -1 2005
MARY L.M. MORAN
CLERK OF COURT



UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| GUAM MEDICAL PLAZA, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> CALVO'S INSURANCE UNDERWRITERS, INC. and MICHAEL D. BROWN, UNDER SECRETARY, FEDERAL EMERGENCY MANAGEMENT AGENCY, <br><br> Defendants. | CIVIL CASE NO. 03-00035 <br><br> **NOTICE OF ENTRY OF ORDER** |

Notice is hereby given that the Memorandum Decision and Order to Show Cause filed December 10, 2004, on the above entitled matter was entered on the docket on the 10th day of December, 2004.

Dated this 1st day of February, 2005.

MARY L. M. MORAN
Clerk of Court

By: _____
Shirlene A. Ishizu
Deputy Clerk