**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891~4
FACSIMILE: (671) 472-2601

*Attorneys for Plaintiff*

FILED
DISTRICT COURT OF GUAM
MAR - 2 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM MEDICAL PLAZA, L.P., | CIVIL CASE NO. 03-00035 |
| Plaintiff, | |
| vs. | **NOTICE OF APPEAL** |
| CALVO'S INSURANCE UNDERWRITERS, INC. and MICHAEL D. BROWN, UNDER SECRETARY, FEDERAL EMERGENCY MANAGEMENT AGENCY, | |
| Defendants. | |

Notice is hereby given that GUAM MEDICAL PLAZA, L.P., Plaintiff in the within matter, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Memorandum Decision and Order to Show Cause entered herein on January 31, 2005.

Dated at Hagåtña, Guam, on March 1, 2005.

TEKER TORRES & TEKER, P.C.

By_____
PHILLIP TORRES, ESQ.
*Attorneys for Plaintiff*