UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
MAY 25 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| GUAM MEDICAL PLAZA, L.P., | No. 05-15385 |
| Plaintiff - Appellant, | D.C. No. CV-03-00035-AWT |
| v. | District of Guam, Agana |
| CALVO'S INSURANCE UNDERWRITERS, INC.; et al., | ORDER |
| Defendants - Appellees. | |

**FILED**
DISTRICT COURT OF GUAM
MAY 31 2005
MARY L.M. MORAN
CLERK OF COURT

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

Stephen Liacouras
Circuit Mediator

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
MAY 25 2005
by: _____
Deputy Clerk

S:\CASES\2005\05-15385\05-5-23-dis.wpd