**FILED**
DISTRICT COURT OF GUAM
JUN 1 2005
MARY L.M. MORAN
CLERK OF COURT

1 LEONARDO M. RAPADAS
United States Attorney
2 MIKEL W. SCHWAB
Assistant U.S. Attorney
3 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
4 Hagatna, Guam 96910
Tel: (671) 472-7332
5 Fax: (671) 472-7215

6 MARGARET M. BEES
Trial Attorney
7 Federal Emergency Management Agency
500 C. St., S.W., Room 840
8 Washington, D.C. 20472
Tel: (202) 646-4191
9 Fax: (202) 646-4536

10 Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF GUAM

| | |
|---|---|
| GUAM MEDICAL PLAZA, L.P., ) | CIVIL CASE NO. 03-00035 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| CALVO'S INSURANCE UNDERWRITERS, ) | STIPULATION FOR |
| INC. and MICHAEL D. BROWN, UNDER ) | COMPROMISE |
| SECRETARY, FEDERAL EMERGENCY ) | SETTLEMENT |
| MANAGEMENT AGENCY, ) | |
| ) | |
| Defendants. ) | |

It is hereby stipulated by and between the Plaintiff, Guam Medical Plaza, and the Defendant, Michael D. Brown, Under Secretary, Federal Emergency Management Agency, by and through their undersigned attorneys as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2. The United States of America, Defendant, agrees to pay the Plaintiff the sum of $16,619.00 which sum represents the full amount paid by Plaintiff as premiums for flood insurance under the Standard Flood Insurance Policy No. 3000183910, the validity of which is disputed by the parties. The sum shall be in full and final settlement and satisfaction of any and all claims, demands, rights and causes of action, including appeal, whatsoever arising from and by reason of any and all known and unknown, foreseen and unforseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the same subject matter that gave rise to the above-captioned lawsuit; namely -a loss from flooding resulting from Typhoon Pongsona.

3. Plaintiff and his heirs, executors, administrators or assigns hereby agree to accept the sum of $16,619.00, the amount of the refund of premiums, in full and final settlement of any and all claims, demands, rights and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen, and unforseen economic damages and consequences thereof which they may have or hereinafter acquire against the United States of America its agents, servants and employees, on account of the same subject matter that gave rise to the above-captioned lawsuit, described above. Plaintiff and his heirs, executors, administrators or assigns further agree to reimburse, indemnify or hold harmless the United States of America, its agents, servants and employees, from any causes of action, claims, liens, rights, or subrogated or contribution interest incident to or resulting from further litigation for the prosecution of the claims by Plaintiff or its heirs executors, administrators or assigns against any third party or against the United States.

4. This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of the United States, its agents, servants, or employees, and is entered into by both parties for the purpose of compromising disputed claims and

-2-

avoiding the expenses and risks of the litigation associated with an appeal to the Ninth Circuit Court of Appeals.

5. It is also agreed, by and among the parties, that the settlement amount of $16,619.00 represents the entire amount of the compromise settlement and that the respective parties will each bear their own costs, fees, and expenses and that any attorneys fees owed by the Plaintiff will be paid out of the settlement amount and not in addition thereto.

6. Payment of the settlement amount will be made by a check in the sum of $16,619.00 made payable to Guam Medical Plaza, LP.

7. In consideration of the Plaintiff's receipt of payment in the amount of $16,619.00 as set forth above, the Plaintiff agrees that it will cause it's attorney to execute and file with the courts, both District and Appellate, - such documents as shall be necessary to cause the above-styled action to be dismissed with prejudice in the docket of both courts.

SO EXECUTED this 20th day of May, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

Date: 5/20/5     BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

MARGARET M. BEES
Trial Attorney
Federal Emergency Management Agency
500 C. St., S.W., Room 840
Washington, D.C. 20472
Tel: (202) 646-4191
Fax: (202) 646-4536

-3-

APPROVED AS TO FORM AND CONTENT:

TEKER, TORRES & TEKER, P.C.

Date: *May 12, 2005*

PHILLIP TORRES, ESQ.
Attorneys for Guam Medical Plaza, L.P.

GUAM MEDICAL PLAZA, L.P.
By: Guam Medical Plaza, Inc. General Partner

Date: *May 13, 2005*

MICHAEL YSRAEL
Its Duly Authorized Representative

-4-

APPROVED AS TO FORM AND CONTENT:

TEKER TORRES & TEKER, P.C.

Date: May 12, 2005

PHILLIP TORRES, ESQ.
Attorneys for Guam Medical Plaza, L.P.


GUAM MEDICAL PLAZA, L.P.
By: Guam Medical Plaza, Inc. General Partner

Date: May 13, 2005

MICHAEL YSRAEL
Its Duly Authorized Representative

-4-