1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Tel: (671) 472-7332
5  Fax: (671) 472-7215

6  MARGARET M. BEES
   Trial Attorney
7  Federal Emergency Management Agency
   500 C. St., S.W., Room 840
8  Washington, D.C. 20472
   Tel: (202) 646-4191
9  Fax: (202) 646-4536

10 Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN - 6 2005
MARY L.M. MORAN
CLERK OF COURT

11                 IN THE UNITED STATES DISTRICT COURT

12                                FOR THE

13                           DISTRICT OF GUAM

14 GUAM MEDICAL PLAZA, L.P.,           )   CIVIL CASE NO. 03-00035
                                       )
15              Plaintiff              )
                                       )
16         v.                          )   **ORDER**
                                       )
17 CALVO'S INSURANCE UNDERWRITERS,     )
   INC. and MICHAEL D. BROWN, UNDER    )
18 SECRETARY, FEDERAL EMERGENCY        )
   MANAGEMENT AGENCY,                  )
19                                     )
                Defendants.            )
20 _____ )

   The parties, having signed the Stipulation for Compromise Settlement in the above entitled case HEREBY APPROVES THE COMPROMISE SETTLEMENT with each party bearing its own costs, fees and expenses as agreed to and any attorneys fees owed by Plaintiff will be paid out of the settlement and not in addition thereto.

                                           _____
                                           Judge, Designated  Mantinez

ORIGINAL

RECEIVED
JUN - 1 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM